## Fabian et al., Appellants, v. Children's Hospital of Pittsburgh.

Argued April 15, 1971. *John Daley*, with him *Brennan and Brennan*, for appellants; *George Weis*, with him *Weis and Weis*, for appellee.

Judgment affirmed.

HOFFMAN, J., dissents.

## Hearne v. Reeb et ux., Appellants.

Argued March 15, 1971. *Norman R. Bradley*, with him *Ross Van Denbergh*, and *Saul, Ewing, Remick & Saul*, for appellants; *Harry C. Barbin*, for appellee.

Judgment affirmed.

## Hooks et ux., Appellants, v. Krammes et al.

Submitted November 13, 1970. *Hymen Schlesinger*, for appellants; *Kim Darragh*, and *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellees.

Order and judgment affirmed.